UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHELDON COOPER, Jr.,

                                 Plaintiff(s),                 **STIPULATION AND ORDER OF PARTIAL DISCONTINUANCE PURSUANT TO FRCP 41(a)**

           -against-

A. ANNUCCI, *et al.*,                                                 18-CV-0762
                                                                          GTS/CFH
                                Defendant(s).
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the plaintiff appearing pro se and the attorneys of record for defendants Christopher Corp, Christopher Seymour, Daniel Walawander, David DeGraff, Gregg Smith, Jaci Stanton, Kristopher Corey, JoAnne Withers, Kevin Cashin, Kim Randolph and Scott Payne, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be and the same hereby is partially discontinued on the following grounds and conditions:

1. Plaintiff voluntarily discontinues all claims in the Complaint asserted against Christopher Corp with prejudice and without damages, costs, interest or attorneys' fees, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).
2. The foregoing constitutes the entire agreement of the parties.

Dated: Malone, New York
        November 6, 2019

                                                                   _____
                                                                  Sheldon Cooper, Jr. (16-A-5117)
                                                                  Plaintiff Pro Se
                                                                  Franklin Correctional Facility
                                                                  P.O. Box 10
                                                                  Malone, NY 12953

Dated: Albany, New York
November 12, 2019

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224-0341

By: _____
Kostas D. Leris
Assistant Attorney General, of Counsel
Bar Roll No. 519646
Telephone: (518) 776-2574
Email: Kostas.Leris@ag.ny.gov

Dated: Syracuse, New York
November 13, 2019

SO ORDERED:

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge